CLARA YUDE, Appellant, *v.* JOSEPH CRUISE et al., Defendants, and CITY OF NEW YORK, Respondent.

Submitted October 10, 1941; decided November 19, 1941.

*George F. Reid* and *John M. Keating* for appellant.

*William C. Chanler, Corporation Counsel* (*Paxton Blair* and *William Mason Smith, Jr.,* of counsel), for respondent.

Order affirmed, with costs, and question certified answered in the affirmative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.